**SULAIMAN LAW GROUP, LTD.**
BOBBY C. WALKER, (State Bar No. 331788)
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181 x149
Facsimile: (630) 575-8188
Email: bwalker@sulaimanlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| KELLY T. JACKSON, | Case No. 3:22-cv-04471-AGT |
|---|---|
| Plaintiff, | **AFFIDAVIT OF BOBBY C. WALKER** |
| v. | |
| RED ROCK CREDIT SOLUTIONS, LLC, | |
| Defendant. | |

I, Bobby C. Walker, being duly sworn, state as follows:

1. I am the attorney for Plaintiff in the above-entitled action and as such, I am familiar with the billing, records, events, and pleadings in this matter.

2. The Summons and Complaint were served upon Center Red Rock Credit Solution, LLC on September 28, 2022.

3. A responsive pleading to the Complaint was due on October 19, 2022.  No response was tendered within the time allowed by law nor has the Defendant sought additional time within which to respond.

4. As required by the Service Members Civil Relief Act of 2003, I have confirmed that the Defendant is not currently in active military service.

5. To my best information and belief, Defendant is not an infant or an incompetent person.

1

6. Plaintiff seeks reasonable costs and attorney fees of $3,886.50 as provided under 15 U.S.C. §1679g (a)(2)(A) and Cal. Civ. Cod § 1789.21(a).  Billing has been kept by an electronic billing system and is reasonable for an attorney with similar experience.

7. The Plaintiff is requesting the entry of judgment in the total amount of $4,883.50 against the Defendant for its violations of law, plus punitive damages and interest.

---

Bobby C. Walker, Esq. #321788
*Counsel for Plaintiff*